No. 94. S. M. Ballou v. Mutual Telephone Co. Decree. The decree appealed from is affirmed, with the following modifications to be made by the circuit judge: The decree shall be amended by adding to the second paragraph thereof the following words: "Provided, however, that the defendant may apply to the circuit judge from time to time for modifications of the above injunction under changed conditions, and may make repairs in the service at reasonable hours." The case is remanded to the circuit judge for the purpose of making such modifications.

---

No. 98. In re Assessment of Taxes of C. H. Smith, Appeal by the assessor from tax appeal court, first taxation division. Frear, C. J., Hartwell, J., and Circuit Judge De Bolt in place of Wilder, J. Argued March 13, 1905. Decided March 17, 1905. The taxpayer claimed a deduction of $448.80 from his income for necessary expenses incurred in carrying on his business as a surveyor, being the cost of instruments, books, etc., used by him. The tax appeal court sustained this claim and the assessor appealed from its decision. Per curiam: The decision of the tax appeal court is reversed. The deduction claimed cannot be allowed. A. G. M. Robertson for assessor. No appearance for taxpayer.